IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN EDDINGS, | § | |
| Petitioner, | § | |
| v. | § | 2:16-CV-0162 |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS,<br>ADOPTING REPORT AND RECOMMENDATION<br>and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On July 29, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed because petitioner is <u>not</u> eligible for release to mandatory supervision due to the nature of his convictions. On August 11, 2016, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this 22nd day of August 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE